UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. MICHAEL EMERSON, Cr. No. 09-801(KSH)

## PETITION FOR WRIT OF HABEAS CORPUS

1. MICHAEL EMERSON, SBI No.: 518208C, ~~[redacted]~~ is now confined at the Garden State Youth Correctional Facility.

2. Said individual will be required at Newark, New Jersey, before the Hon. Katharine S. Hayden, U.S. District Judge, on March 31, 2010, at 2:00 p.m., for a sentencing hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: March 22, 2010

Charlton A. Rugg
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.
DATED: 3/23/10

Hon. Katharine S. Hayden, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Garden State Youth Correctional Facility: WE COMMAND YOU that you have the body of

MICHAEL EMERSON,

now confined at the Garden State Youth Correctional Facility, brought before the United States District Court, the Hon. Katharine S. Hayden, U.S. District Judge, in the Federal Courthouse at Newark, New Jersey, on March 31, 2010, at 2:00 p.m., so that he may appear at a sentencing hearing in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Katharine S. Hayden
United States District Judge
Newark, New Jersey.

DATED: 3/23/10

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk