PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Michael Emerson  **Docket Number:** 09-00801-001
  **PACTS Number:** 54513

**Name of Sentencing Judicial Officer:** HONORABLE KATHARINE S. HAYDEN
SENIOR UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 03/31/2010

**Original Offense:** DEAL IN COUNTERFEIT OBLIGATIONS AND SECURITIES

**Original Sentence:** 12 months imprisonment; 3 years supervised release.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 04/09/12

**Assistant U.S. Attorney:** Charlton A Rugg, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** To be assigned.

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On July 24, 2012, Michael Emerson was arrested by the Hoboken Police Department for possession of CDS. |
| 2 | The offender has violated the mandatory supervision condition which states '**Possession of a controlled substance**' |
| | When arrested by the Hoboken Police Department, Emerson was in possession of CDS, specifically a burnt marijuana cigarette. |
| 3 | The offender has violated the standard supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**' |

PROB 12C - Page 2
Michael Emerson

|   |   |
|---|---|
|   | When arrested by the Hoboken Police Department, Michael Emerson was in the presence of Dennis Bussanich, a known convicted felon. |
| 4 | The offender has violated the mandatory supervision condition which states 'You shall not commit another federal, state, or local crime.' |
|   | On September 28, 2012, Michael Emerson was arrested by the Fort Lee police department. |
| 5 | The offender has violated the mandatory supervision condition which states 'Possession of a controlled substance' |
|   | When arrested by the Fort Lee Police Department, Emerson was found to be in possession of CDS and possession of drug paraphernalia. |
| 6 | The offender has violated the standard supervision condition which states 'You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.' |
|   | When arrested by the Fort Lee Police Department, Michael Emerson was again with Bussanich, a known convicted felon. |
| 7 | The offender has violated the standard supervision condition which states 'You shall not leave the judicial district without the permission of the Court or Probation Officer.' |
|   | On September 28, 2012, Michael Emerson admitted to the Fort Lee Police Department that he was in New York City. |

I declare under penalty of perjury that the foregoing is true and correct.

Carolee Ann Azzarello
2012.10.16 09:24:03 -04'00'

By: Carolee A. Grazioso
Senior U.S. Probation Officer
Date: 10/02/2012

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 10/22/12 @ 3:00 p.m.
[ ] No Action
[ ] Other

Signature of Judicial Officer

10/17/12
Date