UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Katherine S. Hayden
:
v. : Crim No. 09-801
:
MICHAEL EMERSON :
:

O R D E R

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant Michael Emerson (Lisa Mack, Assistant Federal Public Defender, appearing) to comply with certain conditions of supervised release imposed on March 31, 2010; and the defendant having waived the preliminary hearing and having entered a guilty plea on November 15, 2012, to Violation No. 1, which required that he refrain from committing another federal, state, or local crime; and for good cause shown;

IT IS on this 30th day of November, 2012

ORDERED that the defendant is adjudged guilty of having violated Condition No. 1 of his supervised release, which required that he not commit another federal, state, or local crime;

IT IS FURTHER ORDERED that the term of supervised release previously imposed is hereby revoked;

IT IS FURTHER ORDERED that the defendant is sentenced to a term of supervised release of three years to begin as of November 15, 2012, with a special condition of home confinement for a period of six months;

IT IS FURTHER ORDERED that Violation Nos. 2, 3, 4, 5, 6, and 7 of

the Petition filed October 2, 2012, are hereby dismissed; and

    IT IS FURTHER ORDERED that all other conditions of the judgment of conviction entered in this matter shall remain in full force and effect.

                                            */s/ Katharine S. Hayden*
                                      HONORABLE KATHARINE S. HAYDEN
                                      United States District Judge